# Sharp v. The State.

Appeal from Criminal Court of Jefferson.
Tried before the Hon. Samuel E. Greene.

D. B. Anderson, for appellant.

Charles G. Brown, Attorney-General, for the State.

The appellant was indicted, tried and convicted of carnal knowledge of a girl under ten years of age; and was sentenced to the penitentiary for twenty-five years.

The judgment of conviction is affirmed.